152

(No. 75-CC-81—

John F. McCarthy, Claimant, *vs.* State of Illinois,
Respondent.

*Opinion filed November 6, 1974.*

John F. McCarthy, Claimant, pro se.

William J. Scott, Attorney General; Saul R.
Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-82—

Hewitt Lamer, Claimant, *vs.* State of Illinois,
Department of Corrections, Respondent.

*Opinion filed November 6, 1974.*

Hewitt Lamer, Claimant, pro se.

William J. Scott, Attorney General; William E.
Webber, Assistant Attorney General, for Respondent.

Per Curiam.